UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BONANO.,

Plaintiff,

-against-

DARRION GRANT; CHELSEA ERET; OUSSEYMENOU DIOP; 32ND PRECINCT SUPERVISORS; AND OFFICER DARRION GRANT'S PARTNER.,

Defendants.

25 CIVIL 02808 (LTS)

# CIVIL JUDGMENT

For the reasons stated in the August 11, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 17, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge